

# THE THIRTEENTH COURT OF APPEALS

13-16-00368-CV

KEITH WILEY

v.

HOLLYWOOD KINGLEY II, LLC; LIGHTHOUSE PROPERTY MANAGEMENT;
TROPICANYON II, LLC; MARQUE AUSTIN COMMONS, LLC; OKUMO AUSTIN
COMMONS, LLC; QUEZ AUSTIN
COMMONS, LLC; AND CAPSTONE REAL ESTATE

On Appeal from the
201st District Court of Travis County, Texas
Trial Cause No. D-1-GN-14-002465

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 2, 2016